JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 14-1708-JFW (AGRx)**                Date: February 17, 2015

Title:        Craig Allen Rogers -*v*- Equifax Information Services LLC, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                          **None Present**
**Courtroom Deputy**                        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                        None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER OF DISMISSAL**

        In the Notice of Settlement filed on February 17, 2015, Dkt. No. 60, the parties represent
that they have settled this action.  As a result, the Court dismisses this action without prejudice
subject to either party reopening the action on or before March 20, 2015.  The Court will retain
jurisdiction for the sole purpose of enforcing the settlement until March 20, 2015.  Thereafter,
absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this
action, including the trial date are vacated.

        IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/14/15)