GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA  94105
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:        gweickhardt@rmkb.com

JS-6

Attorneys for Defendant CHASE BANK USA,
N.A. sued herein erroneously as J. P. MORGAN
CHASE BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ALLEN ROGERS, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, a business, form unknown; J. P. MORGAN CHASE BANK, a business entity; and DOES 1-10, Inclusive,<br><br>                    Defendants. | Case No.  CV14-01708-JFW(GRx)<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

GOOD CAUSE APPEARING THEREFORE, Chase Bank USA, N.A.,

erroneously sued herein as J.P. Morgan Chase Bank, is hereby granted dismissal

with prejudice, each side to bear its own costs and attorney's fees.

Dated: March 3, 2015

_____
JUDGE OF THE UNITED
STATES DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/7782274.1/DJ2

ORDER GRANTING STIPULATED REQUEST FOR
DISMISSAL WITH PREJUDICE